■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OLIVER HAMILTON, Appellant. [10 NYS3d 895]—Application by

the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 23, 1998 (*People v Hamilton*, 247 AD2d 630 [1998]), affirming a judgment of the Supreme Court, Kings County, rendered July 5, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Dickerson, Hinds-Radix and Barros, JJ., concur.